WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING; TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 2:19-cv-01538-APG-NJK<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Ronnie Coleman ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby move the Court as follows:

On September 4, 2019, Plaintiff filed his Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on September 6, 2019. As such, SPS's deadline to respond to the Complaint is September 27, 2019. The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Complaint by an additional two weeks while the Parties explore the potential for settlement.

WHEREAS, the Parties hereby move to extend the deadline for SPS to file its responsive pleading to Plaintiff's Complaint to October 11, 2019.

This is the first request for extension of time for SPS to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other

party.

As part of this request, SPS agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

| | |
|---|---|
| DATED this 27th day of September, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Ramir M. Hernandez, Esq.*<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | DATED this 27th day of September, 2019.<br>HAINES & KRIEGER<br><br>*/s/ Shawn Miller, Esq.*<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>8985 S Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*Attorneys for Plaintiff, Ronnie Coleman* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2019