# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE COLEMAN,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01538-APG-NJK<br><br>**Order** |

On January 28, 2020, Plaintiff filed a notice of settlement with TransUnion stating that dismissal papers would be filed in 60 days. Docket No. 28. To date, dismissal papers have not been filed. Dismissal papers must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge